IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CAMILLA BROM,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　No.:　1:21-cv-01179-KG-JHR

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the Stipulation of the Parties for a Dismissal of all claims or potential claims that have been brought or could have been brought by the Plaintiff, Camilla Brom, against the Defendant Allstate Vehicle and Property Insurance Company, in the Complaint filed herein, the Court FINDS that the Stipulation of Dismissal with Prejudice is well taken.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Plaintiff's Complaint as against Defendant Allstate Vehicle and Property Insurance Company, be and hereby is dismissed with prejudice.

IT IS FURTHER ORDERED that all claims brought, or that could have been brought, in the Complaint between the parties are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party is to bear its own costs and attorney fees.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

      **STIFF, GARCIA & ASSOCIATES, LLC**

By    */s/ Kathy L. Black*
          Kathy L. Black, Esq.
          John S. Stiff, Esq.
          500 Marquette Ave. NW, Ste 1400
          Albuquerque, New Mexico 87102
          (505) 243-5755
          kblack@stifflaw.com
          jstiff@stifflaw.com
          *Attorneys for Defendant Allstate Vehicle and*
          *Property Insurance Company*

      **Callender Bowlin, PLLC**

By    */s/ Approved via Email 12/6/2022*
          Lawrence A. VandenBout, Esq.
          1550 Wewatta St. Floor 2
          Denver, CO 80202
          Phone:    (303) 221-9791
          E-mail:    lawrence@cbtrial.com
          *Attorney for Plaintiff Camilla Brom*